## Commonwealth ex rel. Newman, Appellant, v. Rundle.

Submitted December 14, 1964. *James Newman*, appellant, in propria persona; *Charles H. Spaziani*, First Assistant District Attorney, and *Bernard V. O'Hare, Jr.*, District Attorney, for appellee.

Order affirmed.